IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN GILLESPIE                         *

      Plaintiff                     *

v.                                      *   Civil No. JFM-01-2018

MARYLAND DEPARTMENT                     *
OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, et al.           *

      Defendants                    *

\*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Defendants' Unopposed Motion for Enlargement of Time to Respond to Complaint, it is this _22_ day of _August_, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the time for the Defendants to respond to the complaint is enlarged to and including September 11, 2001.

                                         J. Frederick Motz
                                         United States District Judge