IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN GILLESPIE | * |
| Plaintiff | * |
| v. | *   Civil No. JFM-01-2018 |
| MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendants' Second Motion for Enlargement of Time to Respond to Complaint, it is this _1st_ day of _Sept_____, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the time for the Defendants to respond to the complaint is enlarged to and including September 26, 2001.

_____
J. Frederick Motz
United States District Judge