IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN GILLESPIE                        *

       Plaintiff                  *

v.                                     *       Civil No. JFM-01-2018

MARYLAND DEPARTMENT                    *
OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, *et al.*        *

       Defendants                 *

\*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendants' Motion for Enlargement of Time to Respond to Amended Complaint, it is this _21_ day of _Oct._, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the time for the Defendants to respond to the amended complaint is enlarged to and including November 12, 2001.

_____
J. Frederick Motz
United States District Judge