
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIAN GILLESPIE | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No.: JFM-01-2018 |
| MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Plaintiff's Second Motion for Enlargement of Time to Respond to Motion for Summary Judgment, it is this _8th_ day of _January_, 2002, by the United States District Court for the District of Maryland,

ORDERED that the time for the Plaintiff to respond to the motion for summary judgment is enlarged to and including March 1, 2002.

_____
J. Frederick Motz
United States District Judge